**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

In re:

James L. Dent

    Debtor.

Case No.: 8:18-BK-4601-MGW
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Michael D. Rawlins of Smith & Shapiro, PLLC, hereby appears in the above entitled case, as counsel for creditor JEG Family Trust u/a/d/ 11/1/2006, Teri Galardi Trustee, (the "Trust").[1] Pursuant to the Federal Rules of Bankruptcy Procedure Rule 2002, 9007 and 9010(b), the undersigned requests that all notices given or required to be given in the above captioned case, and all papers served in the above captioned case, be given to and served upon:

MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Ste. 130
Henderson, Nevada 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
mrawlins@smithshapiro.com

In addition, the undersigned requests that he be added to the Master Mailing Matrix in this case and, as attorney of record, that he receive notice of all proceedings in this matter.

////

////

////

////

---

[1] The Trust owns a note from the debtors secured by a Balloon Mortgage Deed on 12449 Kelso Rd Thonotosassa, Florida. Debtors erroneously listed the Trust as Galardi Enterprises/aka/JED Family Trust.

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, copies of all notices, pleading, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor or other parties in interest.

Dated this 3rd day of July, 2018.

                                      Respectfully submitted,

/s/ *Michael D. Rawlins*
MICHAEL D. RAWLINS, ESQUIRE
Nevada Bar No. 5467
3333 E. Serene Ave., Suite 130
Henderson, NV 89074

*Attorneys for* JEG Family Trust u/a/d/ 11/1/2006, Teri Galardi Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was served on July 3rd, 2018, upon the registered users of the Court's CM/ECF system and/or the attached creditor matrix.

/s/ *Michael D. Rawlins*
*Attorney*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:18-bk-04601-MGW<br>Middle District of Florida<br>Tampa<br>Fri Jun 29 14:25:43 EDT 2018 | Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Charlene Dent Wilkerson<br>Augusta, GA |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Galardi Enterprsies/AKA/JED Family Trust<br>2121 South Highland Dr.<br>Las Vegas, NV 89102-4626 | Hillsborough County Tax Collector<br>601 E Kennedy Blvd<br>Tampa, FL 33602-4932 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James L. Dent<br>c/o Katie Brinson Hinton<br>500 East Kennedy Blvd., Suite 200<br>Tampa, Florida 33602-4936 | James L. Dent<br>c/o Katie Brinson Hinton, Esquire<br>McIntyre Thanasides Bringgold<br>Elliott Grimaldi Guito & Matthews, P.A.<br>500 East Kennedy Blvd., Suite 200<br>Tampa, Florida 33602-4936 |
| United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Willye Malveaur Dent<br>12449 Kelso Rd.<br>Thonotosassa, FL 33592-2644 | James L. Dent<br>12449 Kelso Rd.<br>Thonotosassa, FL 33592-2644 |
| James W Elliott<br>McIntyre Thanasides Bringgold, et. al.<br>500 E. Kennedy Blvd., Suite 200<br>Tampa, FL 33602-4936 | Katie Brinson Hinton<br>McIntyre Thanasides Binggold, et. al.<br>500 E. Kennedy Blvd., Suite 200<br>Tampa, FL 33602-4936 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     1<br>Total                  14 |