# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JAMES L DENT,**

CASE NO: 18-4601
CHAPTER 11

    Debtor(s)

_____/

## NOTICE OF WITHDRAWAL OF CLAIM PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3006

[This pleading is filed by Doug Belden Tax Collector of Hillsborough County, Florida]

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, The Hillsborough County, Florida Tax Collector hereby withdraws claim number **4** previously filed in this matter.

As reason therefore, Counsel hereby informs the court per Florida Statute a certificate has been sold and withdrawing the above claim to file notice of creditor.

Respectfully submitted,

   /s/ Brian T. FitzGerald
Brian T. FitzGerald, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been furnished by U.S. Mail or Electronic Filing to: James W Elliott, 500 E Kennedy Blvd, Ste 200, Tampa, FL 33602 on this 18th day of June, 2019.

 /s/ Brian T. FitzGerald
Brian T. FitzGerald, Esquire
Senior Assistant County Attorney
Florida Bar No.  484067
601 E. Kennedy Blvd., 14th Floor
Tampa, Florida 33602
Office (813) 635-5216 Fax (813) 307-6221
Attorney for Doug Belden
Tax Collector of Hillsborough
County, Florida

MR